An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH D. SISCO,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
DAVID A. HARDY, DISTRICT JUDGE,
Respondents,
and
F. DEARMOND SHARP, ESQ., AN
INDIVIDUAL; ROBISON
BELAUSTEGUI SHARP & LOW, A
NEVADA PROFESSIONAL
CORPORATION; AND CHRIS D.
NICHOLS, ESQ., AN INDIVIDUAL,
Real Parties in Interest.

No. 64475

**FILED**

JUL 2 7 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER GRANTING PETITION FOR REHEARING, VACATING PRIOR ORDER, AND GRANTING PETITION FOR WRIT OF MANDAMUS

On July 31, 2014, this court denied petitioner's writ petition on the ground that our intervention was unwarranted. Thereafter, petitioner filed a petition for rehearing, arguing that because the issues presented in his writ petition were interrelated to the issues raised in the consolidated appeals in Docket Nos. 60944 and 61329, it was improper for this court to deny his writ petition before resolving the consolidated appeals.

Having considered petitioner's rehearing petition and the response filed by real parties in interest, we agree that rehearing is warranted. NRAP 40(c). Accordingly, we hereby vacate our July 31, 2014, order denying petitioner's writ petition. Moreover, in light of our conclusion in the consolidated appeals that arguably reasonable grounds

15-22599

existed for filing the underlying complaint, we conclude that petitioner has demonstrated that our intervention is warranted. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition GRANTED AND DIRECT THE CLERK OF THIS COURT TO ISSUE A WRIT OF MANDAMUS instructing the district court to vacate its September 11, 2012, order and its September 6, 2013, judgment to the extent that those orders imposed sanctions against petitioner.

_____, C.J.
Hardesty

_____ J.          _____, J.
Parraguirre                  Douglas

_____, J.          _____, J.
Cherry                       Saitta

_____, J.          _____, J.
Gibbons                      Pickering

cc:   Hon. David A. Hardy, District Judge
      Kenneth Dale Sisco
      Robison Belaustegui Sharp & Low
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A